# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00394-CV

### Rhonda Cherie Martin, Appellant

### v.

### David Lee Martin, Appellee

### FROM THE COUNTY COURT AT LAW OF BURNET COUNTY
### NO. 54302, THE HONORABLE CODY HENSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on December 1, 2025. On December 18, 2025, this Court sent a notice to appellant informing her that her brief was overdue and that a failure to file a satisfactory response by December 29, 2025, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Karin Crump, Justice

Before Chief Justice Byrne, Justices Theofanis and Crump

Dismissed for Want of Prosecution

Filed: January 9, 2026